**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JACK WAYNE HAWKINS, JR.
ADC #127732                                                                                          PLAINTIFF

V.                                        NO: 5:05CV00165 SWW/HDY

LARRY NORRIS                                                                                       DEFENDANT

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Court Judge Susan W. Wright. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than eleven (11) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.     Why the record made before the Magistrate Judge is inadequate.

2.     Why the evidence proffered at the hearing before the District

1

                Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.        The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

        Clerk, United States District Court
        Eastern District of Arkansas
        600 West Capitol Avenue, Suite 402
        Little Rock, AR 72201-3325

## **DISPOSITION**

On June 6, 2005, Plaintiff, a prisoner incarcerated at the East Arkansas Regional Unit of the Arkansas Department of Correction, initiated this action by filing a *pro se* Complaint, pursuant to 42 U.S.C. § 1983 (docket entry #2).

Plaintiff has now sent a letter, which has been docketed as a Motion to dismiss, to the Court, asking that his case be dismissed (docket entry #6). Defendant has not objected, and has filed his own Motion for a protective order (docket entry #7), and Motion to dismiss (docket entry #9). Accordingly, pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff is entitled to a voluntary dismissal, without prejudice, of his claims against Defendant.

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's Motion for Voluntary Dismissal (docket entry #6) be GRANTED, and the claims against Defendant be DISMISSED WITHOUT PREJUDICE.

2. All pending Motions be DENIED as moot.

DATED this _3_ day of _____August_____, 2005.

_____
UNITED STATES MAGISTRATE JUDGE