## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JACK WAYNE HAWKINS, JR.
ADC #127732                                                                                                     PLAINTIFF

V.                                            NO: 5:05CV00165 SWW/HDY

LARRY NORRIS                                                                                                  DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.     IT IS THEREFORE ORDERED THAT Plaintiff's Complaint (docket entry #2), is DISMISSED WITHOUT PREJUDICE and all pending motions are DENIED as moot.

DATED this 19th day of August, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE