IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| JACK WAYNE HAWKINS, JR.<br>ADC #127732<br>      Plaintiff<br><br>VS.<br><br>LARRY NORRIS<br>      Defendant | NO: 5:05CV00165 SWW/HDY |

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is hereby DISMISSED WITHOUT PREJUDICE.

DATED this 19th day of August, 2005.

**/s/Susan Webber Wright**

UNITED STATES DISTRICT JUDGE